

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

### TO BE FILED UNDER SEAL

October 18, 2022

The Honorable Sarah Netburn
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:  *United States v. Malik Townsend*, 22 Mag. 6683

Dear Judge Netburn:

    On August 15, 2022, the above-captioned sealed Complaint and an accompanying sealed arrest warrant were filed against defendant Malik Townsend, who committed the armed robbery of a jewelry store on or about July 13, 2022.

    Townsend is currently in state custody serving his sentence in connection with an unrelated New York state conviction. The Government expects to request a writ as soon as is practicable to transfer Townsend to federal custody to be presented on the above-referenced Complaint. Given the defendant's detention status, and to facilitate the Government's ability to produce discovery to another defendant currently indicted in connection with the same July 13, 2022 robbery, the Government asks that the Court enter an order unsealing the Complaint and permitting its entry on the public docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Alexandra S. Messiter
Assistant United States Attorney
(212) 637-2544

**SO ORDERED:**

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK